**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

2

In re:
John A. Kennedy and Shelley R. Kennedy **Debtor(s)**

Bankruptcy Case No.: 26−21321−GLT
Chapter: 7
Adversary Proceeding No.: 26−02079−GLT

John A. Kennedy
Shelley R. Kennedy
**Plaintiff(s)**
**vs.**
Myoma Family Limited Partnership
**Defendant(s)**

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___9th_ day of ___July__________________, _2026, I served a copy of the within **Complaint, Summons and First Pretrial Order** by USPS Certified, First Class Mail, postage prepaid,

on the defendant(s) at (List names and addresses here):

*Myoma Family Limited Partnership*, 121 Brickyard Rd., Mars, PA 16046

*Myoma Family Limited Partnership*, P.O. Box 1141, Mars, PA 16046

*Matthew Marshall, Esq., Attorney for the Defendant,* DMKCG, 600 Cranberry Woods Dr., Ste. 175, Cranberry Twp., PA 16066

Executed on ____7/9/26_______________ *__/s/ Jaime L. Latronica__________*
(Date) (Signature)

_Jaime L. Latronica, Esq., 220 South Main St., Ste. 306, Butler, PA 16001______
(Type Name and Mailing Address of Person Who Made Service)